**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: AUG 2 0 2008│
└─────────────────────────┘
```

August 19, 2008

By Facsimile

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The conference is set for 9/3/08 at 2:45pm in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 8/29/08 until 9/3/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

Re: United States v. Solomon Kwabena Buabeng
    05 Cr. 1311 (PAC)

SO ORDERED: AUG 20 2008

_[signature]_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

The Government respectfully submits the attached letter to request that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between August 29, 2008, and the initial pre-trial conference scheduled before Your Honor on September 3, 2008, at 2:45 p.m. The defendant was arrested and presented before Magistrate Judge Ronald Ellis on August 8, 2008. The defendant was detained on consent. Magistrate Judge Ellis excluded time until August 29, 2008, with the consent of the defendant, in order to allow the Government to begin to prepare discovery and to allow the parties to begin any preliminary discussions of any possible disposition. An exclusion of time between August 29, 2008, and the September 3, 2008 conference will serve these same purposes. For these reasons, the Government submits that the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _[signature]_
Randall W. Jackson
Assistant United States Attorney
Tel. No.: (212) 637-1029

**MEMO ENDORSED**

c: Mr. Robert Soloway, Esq.
Attorney for Defendant Solomon Buabeng
212-571-5507 (facsimile)

TOTAL P.02